

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-26-00021-CV

IN THE MATTER OF THE MARRIAGE OF CHANCY SHANTE MATHIS AND
TERRENCE LEE BROWN AND IN THE INTEREST OF C.C.B., A CHILD

On Appeal from the 494th District Court
Collin County, Texas
Trial Court No. 494-56131-2024, Honorable Kathryn Pruitt, Presiding

July 9, 2026

MEMORANDUM OPINION

Before DOSS and YARBROUGH and PRATT, JJ.

Appellant, Terrence Lee Brown, proceeding pro se appeals from the trial court's *Final Decree of Divorce*.[1]  Appellant's brief was originally due May 21, 2026, but was not filed.  By letter of May 29, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by June 8, 2026.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Fifth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

Accordingly, we dismiss this appeal for want of prosecution.  *See* Tᴇx. R. Aᴘᴘ. P. 38.8(a)(1), 42.3(b).

Per Curiam